**Nathan E. WILSON, Plaintiff-Appellant,**

v.

**FAIRFIELD INN SUITES-MARRIOTT, RDU, Defendant-Appellee.**

No. 17-1047

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Nathan E. Wilson, Appellant Pro Se. Regina Worley Calabro, Robert Allen Sar, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathan E. Wilson seeks to appeal the magistrate judge's text orders denying his motion to appoint counsel and denying without prejudice his motion regarding mediation. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Wilson seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*